**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1698**

———————

CYNTHIA G. SMITH,

            Plaintiff - Appellant,

      v.

SULLIVAN MCGRAW; JACQUELINE MCGRAW; NEW LIFE WORSHIP CENTER,
Church Board and Membership,

            Defendants - Appellees,

      and

THE POTOMAC DISTRICT OF THE ASSEMBLIES OF GOD,

            Defendant.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Alexander Williams, Jr., District
Judge.  (8:10-cv-02310-AW)

———————

Submitted:  September 27, 2012      Decided:  October 1, 2012

———————

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Cynthia G. Smith, Appellant Pro Se.   Barry Bach, Kimya B.
Thomas, PESSIN KATZ LAW, P.A., Towson, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cynthia G. Smith appeals the magistrate judge's and district court's various pretrial orders, the district court's order granting Defendants' motion for summary judgment in this civil action, and a subsequent order denying Smith's motions for reconsideration and recusal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. McGraw, No. 8:10-cv-02310-AW (D. Md. Aug. 30, 2011; Oct. 4, 2011; Oct. 7, 2011; Nov. 2, 2011, Feb. 23, 2012 & May 1, 2012). We grant Smith's motions to extend time to file a reply brief, to consolidate appeals, and to file a corrected informal brief, but deny her motion to amend/correct record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED